To whom it may concern:

(P.C. Center) F.U.M. (H.U.#2)   June 30, 2018

FILED
JUL - 3 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
JUL 03 2018
BY MAIL

Please respond with any relief from the unprofessional conduct and "reprisal misconducts" that Corrections Officer Timothy Poole continues to perform in his campaign of harassment toward myself and others.

4:18CV01090 PLC

There is no logical or Penological interest in Mr. Pool's conducts and his lack of professional conduct is becoming a security risk to himself and other staff... he makes threatening comments and tries to target personal-bias-searches in order to retaliate against offenders.

(June 30, 2018) C.O.I. Poole, Timothy, Took my medication (Tylenol) and threw it in the Trash during a reprisal cell search and my Name and Doc Number is clearly printed on the label sticker from: PharmaCorr (OKC) 6705 Camille Ave., Oklahoma City, Ok. 73149.

C.O.I. Pool, Timothy, refuses to allow me or my cellmate to go to the recreation cage (on Monday(s), Wednesday(s) & Friday(s)) and I am "standing at the door" when (C.O.I) Pool, Timothy, comes bye each morning to ask other offenders if they want recreation and he intentionally ignores my presence at the door and walks bye without placing my cell (No.#4) on his list for recreation... he also urinates in the empty shower stalls prior to me taking a shower when he is on duty, at 12:00 am

Respectfully yours, Jay. K. (#1273614)
A.K.A. "Skydiver"